Leland G. Hansen
   Illinois Bar No. 6229404 (admitted *pro hac vice*)
Philip H. Sheridan
   Illinois Bar No. 6281501 (admitted *pro hac vice*)
Bryce R. Persichetti
   Illinois Bar No. 6327440 (admitted *pro hac vice*)
**McAndrews, Held & Malloy, Ltd.**
500 W. Madison St., 34th Floor
Chicago, Illinois 60661
Telephone:  312-775-8000
Facsimile:   312-775-8100
lhansen@mcandrews-ip.com
psheridan@mcandrews-ip.com
bpersichetti@mcandrews-ip.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GPS Insight, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>PerDiemCo, LLC,<br><br>         Defendant. | **Plaintiff's Rule 7.1 Disclosure Statement**<br><br>**Jury Trial Demanded** |

     Plaintiff GPS Insight, LLC ("GPS Insight") is a limited liability company.  It is not a corporation and therefore is not a "nongovernmental corporate party" for purposes of Rule 7.1 of the Federal Rules of Civil Procedure.  Rule 7.1 therefore does not require any disclosures with respect to GPS Insight.

//

//

//

Dated: October 2, 2019        **McAndrews, Held & Malloy, Ltd.**


By: /s/ Leland G. Hansen
      Leland G. Hansen
      Philip H. Sheridan
      Bryce R. Persichetti

*Attorneys for GPS Insight, LLP*